### UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTIAN MARTIN BOYLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-21-117-G |
| | ) |
| **FEDERAL EXPRESS CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT

In accordance with the Order issued this same date, this action is dismissed without prejudice.

ENTERED this 30th day of March, 2022.

_____
CHARLES B. GOODWIN
United States District Judge